No. 900. HEYWOOD-WAKEFIELD Co. *v.* SMALL. May 17, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Arthur B. Marsh* for petitioner. *Mr. Herbert W. Kenway* for respondent.

No. 902. GILLESPIE ET AL. *v.* WOODMEN OF THE WORLD; and

No. 903. SAME *v.* YELL COUNTY ET AL. May 17, 1937. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Thomas E. Elcock, James G. Martin,* and *Wallace Townsend* for petitioners. No appearance for respondents.

No. 974. REILLY ET AL. *v.* STEDRONSKY ET AL. May 24, 1937. Petition for writ of certiorari to the Supreme Court of Ohio and motion for leave to proceed further *in forma pauperis* denied. *Leander T. Reilly, pro se.* No appearance for respondents.

No. 978. TURMAN *v.* TURMAN. May 24, 1937. Petition for writ of certiorari to the Court of Civil Appeals, 2nd Supreme Judicial District, of Texas, and motion for leave to proceed further *in forma pauperis* denied. *Mr. L. C. Turman, pro se.* No appearance for respondent.

No. 984. KEESE *v.* ZERBST, WARDEN. May 24, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit and motion for leave to proceed further *in forma pauperis* denied. *Mr. Phillip G. Keese, pro se.* No appearance for respondent.